UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELIJAH WEST,<br><br>Defendant. | CR  5:22-cr-50013<br><br>REDACTED INDICTMENT<br><br>First Degree Murder<br>(18 U.S.C. §§ 1111(a) and 1153)<br><br>Discharge of a Firearm During a Crime of Violence<br>(18 U.S.C. § 924(c)(1)(A)(iii))<br><br>Possession of Ammunition by a Prohibited Person<br>(18 U.S.C. §§ 922(g)(1) & 924(a)(2)) |

The Grand Jury charges:

COUNT I

On or about January 5, 2022, near Wounded Knee, in Indian country, in the District of South Dakota, the defendant, Elijah West, an Indian person, willfully and with premeditation and malice aforethought did unlawfully kill Jamie Graham, by shooting him, all in violation of 18 U.S.C. §§ 1111(a) and 1153.

COUNT II

On or about January 5, 2022, near Wounded Knee, in Indian country, in the District of South Dakota, the defendant, Elijah West, an Indian person, willfully and with premeditation and malice aforethought did unlawfully kill

Alma Garneaux, by shooting her, all in violation of 18 U.S.C. §§ 1111(a) and 1153.

COUNT III

On or about January 5, 2022, near Wounded Knee, in Indian country, in the District of South Dakota, the defendant, Elijah West, an Indian person, willfully and with premeditation and malice aforethought did unlawfully kill Michael White Plume, by shooting him, all in violation of 18 U.S.C. §§ 1111(a) and 1153.

COUNT IV

On or about January 5, 2022, at Wounded Knee, in the District of South Dakota, the defendant, Elijah West, during and in relation to crimes of violence for which he could be prosecuted in a court of the United States, that is the murder of Jamie Graham, in violation of 18 U.S.C. §§ 1111 and 1153, did use and carry and discharge a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT V

On or about January 5, 2022, at Wounded Knee, in the District of South Dakota, the defendant, Elijah West, during and in relation to crimes of violence for which he could be prosecuted in a court of the United States, that is the murder of Alma Garneaux, in violation of 18 U.S.C. §§ 1111 and 1153, did use and carry and discharge a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT VI

On or about January 5, 2022, at Wounded Knee, in the District of South Dakota, the defendant, Elijah West, during and in relation to crimes of violence

for which he could be prosecuted in a court of the United States, that is the murder of Michael White Plume, in violation of 18 U.S.C. §§ 1111 and 1153, did use and carry and discharge a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT VII

On or about January 5, 2022, in the District of South Dakota, the defendant, Elijah West having been convicted of a crime punishable by imprisonment for a term exceeding one year, and then knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition which had been previously shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2).

A TRUE BILL

*Name Redacted*

_____
Foreperson

DENNIS HOLMES
United States Attorney

By _____